# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129403

CASSANDRA DAVIS, Personal
Representative of the Estate of ELSIE
BAXTER, Deceased,
          Plaintiff-Appellee,

v

BOTSFORD GENERAL HOSPITAL,
          Defendant-Appellant.

SC: 129403
COA: 250880
Oakland CC: 2003-049054-NO

_____/

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

d0406